**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

IN THE BANKRUPTCY MATTER OF:

John Pretto

Debtor

Chapter 7 No. 19-10446

Judge LaShonda A. Hunt

**NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY**

| To: | John Pretto | Gregg Szilagyi | Justin R. Storer |
|---|---|---|---|
| | 258 Briarwood | 542 South Dearborn Street | Bauch & Michaels LLC |
| | Palatine, IL 60067 | Suite 1400 | d/b/a Lakelaw |
| | | Chicago, IL 60605 | 53 W. Jackson Boulevard |
| | | | Suite 1115 |
| | | | Chicago, IL 60604 |

PLEASE TAKE NOTICE that on May 29, 2019 at 10:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable LaShonda A. Hunt in Room 719, Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604, and present the attached motion, at which time and place you may appear if you wish.

/s/ Mark Johnson
Mark Johnson

**PROOF OF SERVICE**

I, the undersigned, an attorney, certify that I served the Debtor by regular mail at the address above, and Justin R. Storer and Gregg Szilagyi through the Court ECF system on or before 04/26/2019.

/s/ Mark Johnson
Mark Johnson ARDC# 6284911

Kluever and Platt, LLC
150 N Michigan Ave., Suite 2600
Chicago, IL 60601
(312) 201-6670
Our File #: SPSB.2670

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN THE BANKRUPTCY MATTER OF: | Chapter 7   No.   19-10446 |
| John Pretto | Judge   LaShonda A. Hunt |
| Debtor | |

## MOTION FOR RELIEF FROM AUTOMATIC STAY

Wells Fargo Bank, N.A., as trustee, on behalf of the holders of the HarborView Mortgage Loan Trust Mortgage Loan Pass-Through Certificates, Series 2006-12, ("Movant") hereby moves this Court, pursuant to 11 U.S.C. §362, for relief from the automatic stay with respect to certain real property of the Debtor having an address of 204 South Evergreen Ave., Arlington Heights, IL 60005 (the "Property").  In further support of this Motion, Movant respectfully states:

1. Debtor filed a petition under Chapter 7 of the United States Bankruptcy Code on 4/10/2019.

2. The Debtor, John F. Pretto, has executed and delivered or is otherwise obligated with respect to that certain promissory note in the original principal amount of $780,000.00 (the "Note").  A copy of the Note is attached hereto.

3. Pursuant to that certain Mortgage (the "Mortgage"), all obligations (collectively, the "Obligations") of the Debtor under and with respect to the Note and the Mortgage are secured by the Property.  A copy of the Mortgage and assignments, if any, are attached hereto.

4. Wells Fargo Bank, N.A., as trustee, on behalf of the holders of the HarborView Mortgage Loan Trust Mortgage Loan Pass-Through Certificates, Series 2006-12 is an entity who has the right to foreclose the Mortgage.

5. Select Portfolio Servicing, Inc. services the loan on the Property referenced in this Motion.

6. As of April 24, 2019, the outstanding amount of the Obligations is: $1,084,209.11.

7. The estimated market value of the Property is $750,000.00. The basis for such valuation is Debtor's Schedule D.

8. Upon information and belief, the aggregate amount of encumbrances on the Property listed in the Schedules or otherwise known, including but not limited to the encumbrances granted to Movant, is $1,084,209.11

9. Cause exists for relief from the automatic stay for the following reasons:

(a) Pursuant to 11 U.S.C. § 362(d)(1), Movant's interest in the Property is not adequately protected.

(b) There is no equity in the Property available for distribution from the bankruptcy estate over and above that exempted by law.

(c) Debtor has executed a Statement of Intention for Individuals Filing Under Chapter 7 which states Debtor's intent to surrender the property that is the subject of this motion.

WHEREFORE, Movant prays that this Court issue an Order terminating or modifying the stay and granting the following:

1. Relief from the stay allowing Movant (and any successors or assigns) to proceed under applicable non-bankruptcy law to enforce its remedies to foreclose upon and obtain possession of the Property.

2. That the 14-day stay described by Bankruptcy Rule 4001(a)(3) be waived.

3. For such other relief as the Court deems proper.

> Wells Fargo Bank, N.A., as trustee, on behalf of the holders of the HarborView Mortgage Loan Trust Mortgage Loan Pass-Through Certificates, Series 2006-12
>
> /s/ Mark Johnson
> Mark Johnson ARDC# 6284911
> Counsel for Movant
>
> Date: 04/26/2019

Kluever and Platt, LLC
150 N Michigan Ave., Suite 2600
Chicago, IL 60601
(312) 201-6670
Our File #: SPSB.2670